1  Al Lustgarten, Bar #189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866 (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

4

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC ) | |
| Plaintiff,    vs.    ) | Case No.: 2:11-CV-07633-WDK-FMO |
| STEPHEN LLOYD PIPKIN, et al, ) | **RENEWAL OF JUDGMENT BY CLERK** |
| Defendant, ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Stephen Lloyd Pipkin, an individual d/b/a Sli Studios and Sli Enterprises LLC, an unknown business entity d/b/a Sli Studios, entered on September 13, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 2,840.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **2,840.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **2,840.00** |
| f. | Interest after judgment(.17%) | $ | 47.53 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ | **2,887.53** |

Dated: July 19, ,2022 _____    CLERK, by _Sharon Hall Bion_ _____

Kirk K. Gray
Clerk of U.S. District Court

Renewal of Judgment by Clerk